UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

------------------------------------X   01 CV 8192

SANDRA RIVERA,

        Plaintiff

        - against -

A-P-A TRANSPORT CORP. and JOSE NUNEZ,

        Defendants.

------------------------------------X

**ORIGINAL**

Assigned to:
  Judge Frederic Block

**STIPULATION AND ORDER
OF DISCONTINUANCE
WITH PREJUDICE**

    IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned, the attorneys of record for all the respective parties herein to the above entitled action, that whereas no party hereto is an infant or incompetent person for whom a committee has been appointed and no person not a party has an interest in this subject matter of the action, the above entitled action be, and the same hereby is discontinued by the plaintiff, Sandra Rivera, with prejudice against the defendants, A-P-A Transport Corp. and Jose Nunez, without costs to either party as against the other. This stipulation maybe filed with the Clerk of the Court without further notice.

Dated: New York, New York
       April 30, 2003

McCARTER & ENGLISH, LLP
Attorneys for Defendants
  A-P-A Transport Corp. and Jose Nunez
300 Park Avenue
New York, New York 10022
(212) 609-6800

By_____
  Joseph R. Di Salvo, Esq. (JD-4975)

JAY H. TANENBAUM, ESQ.
Attorney for Plaintiff
  Sandra Rivera
110 Wall Street
New York, New York 10007
(212) 422-1765

By_____
  Jay H. Tanenbaum, Esq. (JT)

By Michael C Weinen
  (9894)

NY1: 45614.01